IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| United States of America, | ) | CR. NO. 0:10-372 (CMC) |
| | ) | |
| v. | ) | **OPINION and ORDER** |
| | ) | |
| Demetrias Antwan Price, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the court on Defendant's *pro se* motion for relief pursuant to 28 U.S.C. § 2255. On July 2, 2012, the Government filed a response to Defendant's motion indicating that in light of the United States Supreme Court's decision in *Dorsey v. United States*, 567 U.S. ___, 132 S. Ct. 2321 (2012), it did not oppose Defendant's motion for relief. ECF No. 77.

The court **grants** the motion for relief under 28 U.S.C. § 2255. The Judgment Order in CR 3:10-372 filed November 18, 2010, is hereby **vacated**, and this matter is set for resentencing on **Thursday, September 6, 2012, at 10:00 a.m.** The Federal Public Defender is appointed to represent Defendant for purposes of resentencing.

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
July 17, 2012